UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-327 |
| | § | (The Hon. Lee H. Rosenthal) |
| EVELYN SHAW | § | |

## DEFENDANT EVELYN SHAW'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HON. LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE:

Defendant Evelyn Shaw through her new counsel Robert Eric Reed files this Unopposed Motion to Substitute Counsel in the above-referenced case.

The Defendant has retained attorney Robert Eric Reed as counsel in this matter and wishes to have Mr. Reed substitute for and replace her current counsel Mr. Lewis Ashton Thomas as her lead counsel for all purposes in this matter and that Mr. Thomas be relieved of all further responsibility for representation of the Defendant. The government and Mr. Thomas are unopposed to the motion.

Accordingly, Defendant Evelyn Shaw respectfully requests that the Court issue an Order authorizing attorney Robert Eric Reed's substitution for Lewis Ashton Thomas for all purposes in this matter and that Mr. Thomas be relieved of any further responsibility for representation of the Defendant in this cause.

Respectfully submitted,

   */s/   Robert Eric Reed*
Robert Eric Reed
THE REED LAW FIRM, PLLC
State Bar No. 00789574
Federal I.D. No. 17904
912 Prairie Street, Suite 100
Houston, Texas 77002
(713) 600-1800 (Tel)
(713) 600-1840 (Fax)

ATTORNEY FOR DEFENDANT
EVELYN SHAW

## CERTIFICATE OF CONFERENCE

On August 8, 2025, the undersigned counsel conferred with Assistant United States Attorney Kathryn Olson regarding this Motion, and she stated that the government is not opposed. On August 7, 2025, undersigned counsel conferred with Defendant's current attorney Mr. Lewis Thomas, and he stated that he is unopposed to the relief requested.

                                               */s/   Robert Eric Reed*
                                               Robert Eric Reed

## CERTIFICATE OF SERVICE

I certify that on August 8, 2025, a copy of the foregoing Motion was filed using the Court's ECF electronic filing system, and copies were automatically served on all counsel of record via electronic notification.

                                               */s/   Robert Eric Reed*
                                               Robert Eric Reed