# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-CR-327 |
| | ) |
| DERA OGUDO | ) |
| VICTORIA MARTINEZ | ) |
| EVELYN SHAW, et al | ) |
| | ) |
| Defendant. | |

## UNOPPOSED MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DATES

Defendant, Dera Ogudo ("Ogudo"), by and through her attorney of record, respectfully requests the jury trial currently set for November 17th, 2025, and all associated dates, be continued for at least six (6) months, and would show:

1. Jury trial is currently scheduled for November 17th, 2025.

2. A superseding indictment was filed on October 9th, 2025, adding new defendants and charges to this matter.

3. The government recently produced new and substantial discovery that will require extended and careful review.

4. This is a complex matter involving multiple defendants and different charges.

5. A continuance of at least six (6) months would serve the interest of justice.

6. The undersigned discussed this motion with AUSA Kathryn Olson and she in agreement.

7. Attorneys for codefendants are unopposed to this motion.

WHEREFORE, Ogudo requests the Court to continue the Jury Trial, and all associated dates for at least six (6) months, with the issuance of a new Scheduling Order.

Respectfully submitted,

*/s/ Justo A. Mendez*
**Justo A. Mendez**
State Bar No. 24057616
905 Queen Annes Rd.
Houston, Texas 77024
(281) 757-1305
jmendez@mendezhealthlaw.com

## CERTIFICATE OF SERVICE

I certify that on the 20th day of October, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in this matter.

*/s/ Justo A. Mendez*
Counsel for Defendant
State Bar No. 24057616
905 Queen Annes Rd.
Houston, Texas 77024
(281) 757-1305
jmendez@mendezhealthlaw.com