IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § | CRIMINAL ACTION NO. H-25-327 |
| DERA OGUDO, *et al*. | § § § | |

**ORDER**

Defendant Dera Ogudo filed an unopposed motion for continuance, (Docket Entry No. 75). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 20, 2026 |
| Responses are to be filed by: | May 4, 2026 |
| Pretrial conference is reset to: | **May 11, 2026, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 18, 2026, at 9:00 a.m.** |

Parties are required to disclose expert witness information 45 days before the final conference.

SIGNED on October 21, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge