IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-25-00327

**CHERYL BROOKS**

## MOTION TO ATTEND FUNERAL SERVICE

Cheryl Brooks hereby requests that her conditions of pretrial release be amended to permit her to attend a funeral service for the father of her sister-in-law on Thursday November 6th, 2025.[1] In support of this request, she submits the following:

Ms. Brooks is charged with conspiracy to commit health care fraud, health care fraud, conspiracy to receive kickbacks, and receiving kickbacks. On October 22, 2025, she was released on bond. No travel outside of the Southern District of Texas is a condition of her release.

Pretrial is unopposed to Ms. Brooks' request to attend her sister in law's father's funeral service. A court order is required because pretrial is unable to grant an exception to the bond conditions due to the location of the funeral being outside of the Southern District of Texas.

---

[1] Exhibit 1 – Funeral Service Details, also available at
Frederick Teal, Sr. Obituary - San Antonio, TX | Carter-Taylor-Williams Mortuary

The funeral and related services are scheduled to occur from 11 a.m. until 5 p.m. on Thursday, November 6, 2025, according to the following schedule:

- 11:00 a.m. - Viewing

- 12:00 p.m. - Funeral Service at True Vine Baptist Church 435 S Ellison Dr. San Antonio, Texas 78245

- 2:00 p.m. – Fort Sam Houston National Cemetery

- Repass (family and close friends) – 2:30 p.m. until 5:00 p.m.

Ms. Brooks requests permission to be outside of the Southern District of Texas Wednesday November 5, 2025, until Friday November 7, 2025, to attend the services.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 3233
New Jersey State Bar No. 2320341

By /s/ Kurtis Johnson
KURTIS JOHNSON
Assistant Federal Public Defender
Attorney in Charge
Florida State Bar ID No. 1024789
Southern District of Texas No. 3887381
440 Louisiana, Suite 1350
Houston, TX 77002-1056
　　Telephone:   713.718.4600
　　Fax:         713.718.4610

2

## CERTIFICATE OF CONFERENCE

I certify that I contacted Assistant United States Attorney Kathryn Olson and U.S. Probation Officer Jalysah Gannon and determined that United States Probation is unopposed to this Motion to Attend Funeral Service. A response from the government has yet been received.

                                        /s/ Kurtis Johnson
                                        KURTIS JOHNSON

## CERTIFICATE OF SERVICE

I certify that on November 3, 2025, a copy of the foregoing was served by Notification of Electronic Filing and by electronic mail to the office of Assistant United States Attorney Kathryn Olson and U.S. Probation Officer Jalysah Gannon.

                                        /s/ Kurtis Johnson
                                        KURTIS JOHNSON